No. 99–1411. VAN SICKLE *v.* FORD MOTOR CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1414. HOLMES ET UX. *v.* DAYBROOK FISHERIES, INC. Ct. App. La., 4th Cir. Certiorari denied.

No. 99–1423. STILLO ET UX. *v.* ILLINOIS STATE RETIREMENT SYSTEMS, JUDGES' RETIREMENT SYSTEM. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1441. GUTENKAUF ET AL. *v.* MARICOPA COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–1444. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–1446. MCCLELLAN *v.* NORTHERN TRUST CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1448. MILLER *v.* UNITED STATES; and
No. 99–1518. WOHLLEBER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 188 F. 3d 1312.

No. 99–1451. GUESMAN *v.* DISTRICT COURT OF NEVADA, CLARK COUNTY (NEVADA, REAL PARTY IN INTEREST). Sup. Ct. Nev. Certiorari denied.

No. 99–1463. JUNIOR *v.* WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1469. BROST *v.* ILLINOIS ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–1472. RENAHAN *v.* ALLEGHENY POWER SYSTEM, DBA MONONGAHELA POWER CO., ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–1487. FIDELITY WARRANTY SERVICES, INC. *v.* KIDD. C. A. 11th Cir. Certiorari denied.

No. 99–1491. MALLADI *v.* WEST, SECRETARY OF VETERANS AFFAIRS. C. A. 11th Cir. Certiorari denied.